IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| AMY E. KIMBERLING, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No: 3:23-cv-01806-N |
| IMPACT MHC MANAGEMENT, LLC, | § § § | |
| Defendant. | § § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A), Plaintiff hereby dismisses this action with prejudice.

Respectfully submitted

Date: February 1, 2024

/s/ Donald E. Uloth
Donald E. Uloth
Law Office of Donald E. Uloth
Texas Bar No. 20374200
18208 Preston Rd. Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 989-4396
Email: don.uloth@uloth.pro
Counsel for Plaintiff

1